IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01235-WDM-BNB

HART'S ROCKY MOUNTAIN RETREAT, INC.,

    Plaintiff,

v.

KENNETH GAYHART AND
ANGELIC GAYHART,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to allow telephone testimony is granted.

Dated: October 10, 2006

                                          s/ Jane Trexler, Judicial Assistant