# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks        Date: October 13, 2006
Court Reporter: Janet Coppock                Time: 28 minutes

**CASE NO.  06-cv-01235-WDM-BNB**

<u>Parties</u>                                  <u>Counsel</u>

**HART'S ROCKY MOUNTAIN**                     Alvin Cohen
**RETREAT, et al,**                           Tracy Davis

       Plaintiffs,

vs.
                                              Jon Sands

**KENNETH GAYHART, et al,**

       Defendants.

## ORAL RULING

**3:40 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiffs' Motion for Preliminary Injunction (Doc #2), filed 6/27/06.**

Court states its findings and conclusions for the record.

**ORDERED:**  Plaintiffs' Motion for Preliminary Injunction (Doc #2), filed 6/27/05 is

      **GRANTED IN PART.**  Defendants are enjoined from using the heart symbol and the name Hart by itself.

Page Two
06-cv-01235-WDM-BNB
October 13, 2006

**ORDERED:**  Bond is set at **$20,000.00**

**ORDERED:**  Plaintiff shall prepare a draft order incorporating the Court's rulings by October 23, 2006.  Defendants' objections are due October 30, 2006.

**4:08 p.m.**     **COURT IN RECESS**

**Total in court time:**     28 minutes

**Hearing concluded**