IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01235-WDM-BNB

HART'S ROCKY MOUNTAIN RETREAT, INC.,

    Plaintiff,

v.

KENNETH GAYHART and
ANGELIC GAYHART,

    Defendants.

## ORDER OF INJUNCTION AND DISMISSAL

Miller, J.

    Upon the stipulation of Plaintiff Hart's Rocky Mountain Retreat, Inc., and Defendants Kenneth and Angelic Gayhart, and for good cause shown, I hereby order as follows:

    1.    The preliminary injunction entered in this Court on November 8, 2006 is hereby entered as the permanent injunction of the Court and final judgment shall enter.

    2.    The Clerk is hereby directed to return the $20,000 cash bond posted by Plaintiff, and to return the bond by check payable to the trust account of Plaintiff's counsel, Benjamin, Bain and Howard, LLC.

    3.    This action is otherwise dismissed with prejudice, with all parties to bear their

own costs and attorneys' fees.

DATED at Denver, Colorado, on October 30, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge